UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HOWARD COHAN,

    Plaintiff,

vs.                                          CASE NO.: 9:22-cv-80790-DMM

DK DELRAY DOWNTOWN LLC
a Florida Limited Liability Company
d/b/a COURTYARD BY MARRIOTT
DELRAY BEACH

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against Defendant, DK DELRAY DOWNTOWN LLC, a Florida Limited Liability Company, d/b/a COURTYARD BY MARRIOTT DELRAY BEACH,.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's Registered Agent, via email U.S.P.S. mail at the following address:

DK DELRAY DOWNTOWN, LLC
c/o CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

                                                          By: **/s/ Gregory S. Sconzo**
                                                          Gregory S. Sconzo, Esq.
                                                          Florida Bar No.: 0105553
                                                         Samantha L. Simpson, Esq.
                                                          Florida Bar No.: 1010423
                                                          Sconzo Law Office, P.A.
                                                          3825 PGA Boulevard, Suite 207
                                                          Palm Beach Gardens, FL 33410

Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Attorneys for Plaintiff